**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-4506**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHRIS L. ADKINS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CR-98-325)

———————

Submitted: February 15, 2000          Decided: March 17, 2000

———————

Before WILKINS and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles A. Gavin, WHITE, BLACKBURN & CONTE, P.C., Richmond, Virginia, for Appellant. Helen F. Fahey, United States Attorney, Stephen W. Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chris Adkins appeals the district court's order denying his motion to withdraw his guilty plea. Adkins argues that the district court abused its discretion in refusing to allow him to withdraw his guilty plea and requests that the case be remanded to the district court for a trial by jury.

We have reviewed the record and the district court's opinion and find no reversible error. We conclude that the district court did not abuse its discretion in denying Adkins' motion to withdraw. See Fed. R. Crim. P. 32(e); United States v. Moore, 931 F.2d 245, 248 (4th Cir. 1991).

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED